THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDRE CURRY,  :
:
      Petitioner  :
v.  :  1:25-CV-462
:  (JUDGE MARIANI)
WARDEN CHARLES MAIORANA,  :
:
      Respondent  :

## ORDER

AND NOW, THIS _2nd_ DAY OF JUNE, 2025, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 12) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 12) is **ADOPTED** for the reasons set forth therein.

2. Petitioner Andre Curry's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

3. The Clerk of Court is directed to **CLOSE** this case.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge